UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CAPITAL MARKETS COMPANY,

                Plaintiff,

            -against-

U.S. CITIZENSHIP AND IMMIGRATION SERVICES and UR MENDOZA JADDOU,

                Defendants.

**ORDER**

21 Civ. 7719 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The conference in this matter currently scheduled for January 6, 2022 is adjourned sine die.

       The following schedule will apply to Defendants' proposed motion to dismiss:

1. Defendants' motion is due on **January 14, 2022**;

2. Plaintiff's opposition is due on **February 4, 2022**; and

3. Defendants' reply, if any, is due on **February 11, 2022**.

The Clerk of the Court is directed to terminate the motion. (Dkt. No. 18)

Dated: New York, New York
          December 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge