UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CAPITAL MARKETS COMPANY,

          Plaintiff,

-against-

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES and UR MENDOZA JADDOU,

          Defendants.

**ORDER**

21 Civ. 7719 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court is in receipt of Defendants' motion to dismiss (Dkt. No. 27). In accordance with Rule IV.C of the Court's Individual Rules of Practice, the parties are directed to "electronically file motion and reply papers on ECF <u>only when the entire motion has been briefed</u>."

      Accordingly, the Clerk of Court is directed to terminate the motion pending at Dkt. No. 27. Defendants will re-file their motion to dismiss only once the motion is fully briefed.

Dated:  New York, New York
         February 9, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge