

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 8, 2022

VIA ECF
Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

> **Re:** ***The Capital Markets Company v. U.S. Citizenship & Immigration Services, et al.,***
> **No. 21 Civ. 7719 (PGG)**

Dear Judge Gardephe:

This Office represents the government in the above-referenced action in which the plaintiff seeks an order directing USCIS to adjudicate an H-1B nonimmigrant visa petition. The parties are currently briefing the government's motion to dismiss, with the government having filed its motion on January 14, 2022, the plaintiff having filed its opposition on February 4, 2022, and the government's reply presently due on February 11, 2022. *See* ECF No. 24. I write on behalf of all parties to request that the due date for the government's reply be extended to March 4, 2022.

The extension is requested to allow the plaintiff to pursue the possibility of obtaining a different type of visa that potentially could lead to a resolution of this case without judicial involvement. All parties join in this request. This is the first request to extend the briefing schedule for the government's motion to dismiss.

We thank the Court for its consideration.

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: February 9, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:  *s/ Michael J. Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2717
E-mail: michael.byars@usdoj.gov

cc: All counsel (via ECF)